**John Carl SANDERS, Jr., Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 61011.**

Missouri Court of Appeals,
Western District.

May 20, 2003.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 1, 2003.

Application for Transfer Denied
Aug. 26, 2003.

Emmett D. Queener Columbia, MO, for appellant.

Dora A. Fichter, Assistant Attorney General, Jefferson City, MO, for respondent.

Before ELLIS, C.J.,
BRECKENRIDGE and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM.

John Carl Sanders appeals the denial of his Rule 24.035 motion for post-conviction relief following an evidentiary hearing. Since a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment of the motion court is affirmed. Rule 84.16(b).